**ORIGINAL**

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7223
7  Facsimile: (415) 437-7234
   E-mail: Barbara.Silano@usdoj.gov
8

**FILED**

OCT 25 2007

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,                | ) | No. CR: 07-0645 MMC
15 |         Plaintiff,                        | ) |
16 |     v.                                    | ) | UNITED STATES' MOTION TO
17 | RONALD WILLIAMS,                          | ) | PARTIALLY UNSEAL INDICTMENT
   | BARRY LYNN SAMUEL,                        | ) | AND [PROPOSED] ORDER
18 |     a.k.a Samuel Jacques, a.k.a. Lynn,    | ) |
   |     a.k.a. Nephew,                        | ) |
19 | JOSE JUAN PEÑALOZA-HILARIO,               | ) |
   |     a.k.a. Paisa, a.k.a. Chopa,           | ) | **UNDER SEAL OF COURT**
20 | ELEAZAR MORA-ARCIGA,                      | ) |
21 |     a.k.a. Liach, a.k.a. Leacha, a.k.a.   | ) |
   |     Chaparrito, a.k.a. Chaparrillo,       | ) |
22 |     a.k.a. Chaparro,                      | ) |
   | SALVADOR ORTEGA,                          | ) |
23 |     a.k.a. Funky, a.k.a. Chavita, a.k.a.  | ) |
   |     Primo,                                | ) |
24 | CARLOS GUERRERO-ELENES,                   | ) |
   |     a.k.a C Los,                          | ) |
25 | MIGUEL RAMIREZ, ████████                  | ) |
   | ████████████████████████                  | ) |
26 |                                           | ) |
   | SAMUEL ARANDA,                            | ) |
27 | RONALD LEE HINES,                         | ) |
   | CESAR RAMIREZ-CHAVIRA,                    | ) |
28 |                                           | ) |
   |            (Continued)                    | ) |

|  |  |  |
|---|---|---|
| 1 | a.k.a. Cesar Chavea, a.k.a. Jose Manzo, | (Continued) |
| 2 | ERIKA MANZO, | |
| 3 | JAVIER ULISES ZAMORA-HERNANDEZ, | |
| 4 | a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses, | |
| 5 | ████████ , | |
| 6 | MICHAEL JOSEPH SILVA, a.k.a. Michael Silva, | |
| 7 | ████████ | |
|   | EDWARD LEROY MOORE, | |
| 8 | a.k.a. Eddie Mo, | |
|   | JOSE ANTONIO CAMACHO-MENDEZ, | |
| 9 | | |
| 10 | ████████ | |
| 11 | | |
| 12 | ALFREDO GONZALES GOVEA, a.k.a. Jomito, | |
| 13 | ████████ , | |
| 14 | SARAH ARANDA ROPATI, | |
| 15 | Defendants. | |

The United States hereby moves the Court for an order partially unsealing, the Indictment. The United States requests that the Indictment be only partially unsealed to reflect the names of only the defendants who have been apprehended thus far for use in their initial appearance before the Magistrate. The United States further requests that they be permitted to redact the names of defendants who have not yet been apprehended. The United States believes that disclosure of the entire Indictment may cause the subjects of the indictment who have not yet been apprehended to flee, destroy evidence and/or make efforts to conceal on-going criminal

\\\
\\\
\\\
\\\

1  activity, jeopardizing the progress of its on-going investigation and the arrest of the defendants.
2
3  DATED: October 11, 2007                Respectfully submitted,
4
5                                         SCOTT N. SCHOOLS
                                          United States Attorney
6
7                                         BARBARA SILANO
                                          Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8  **ORDER**
9
10  Based upon the motion of the government and for good cause shown, IT IS
11  HEREBY ORDERED that the Indictment shall be partially unsealed until further order of
12  the Court. IT IS FURTHER ORDERED THAT the United States may redact the names
13  of the defendants who have not yet been apprehended and provide a copy of the redacted
14  indictment to the apprehended defendants.
15
16
17  DATED: 10/24/07

HON. EDWARD M. CHEN
United States Magistrate Judge