IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD WILLIAMS, et al.,<br><br>    Defendants.<br>_____/ | No. CR-07-0645 MMC<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE** |

    Before the Court is "Defendants Jose Antonio Camacho-Mendez, Javier Ulises Zamora-Hernandez, Luis Manuel Cuevas-Medina, Humberto Ceja-Barajas, Eleazor Mora-Arciga, and Jose Juan Penaloza-Hilario's Request for Referral to Magistrate Judge Joseph C. Spero for Settlement Conference," filed October 22, 2008.  The United States of America has filed a Statement of Non-Opposition.

    Pursuant to ADR Local Rule 7-2, the request is hereby GRANTED.  Counsel will be advised of the date, time and place of the settlement conference by notice from Magistrate Judge Spero's chambers.

**IT IS SO ORDERED**.

Dated: October 31, 2008

_____
MAXINE M. CHESNEY
United States District Judge