GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue
Suite 208
Hayward, California  94544
Telephone:  (510) 887-7445

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                       Plaintiff,              )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>JOSE JUAN PENALOZA-HILARIO,     )<br>                                                              )<br>                       Defendant.           )<br>_____) | CASE NO.  CR-07-0645 MMC (JCS)<br><br><br>SUBSTITUTION OF COUNSEL<br>AND ~~(PROPOSED)~~ ORDER |

Defendant herein, Jose Juan Penaloza-Hilario, hereby requests that William H. Du Bois, be relieved and that Jesse J. Garcia, Esq., whom I have retained, be substituted in its place to represent me.

DATED: November 5, 2008                      /s/
                                                                        JOSE JUAN PENALOZA-HILARIO

I consent to the above substitution.

DATED: November 5, 2008                      /s/
                                                                        WILLIAM H. DU BOIS, ESQ.
                                                                        Attorney at Law

       I consent to the above substitution.

DATED: November 5, 2008

                                        /s/
                              JESSE J. GARCIA
                              Attorney at Law
                              Bar Card 41825

Based on the above stipulation, and good cause appearing from the declaration filed in support of the motion to withdraw,

IT IS SO ORDERED.  Further, in light of such order, the November 7, 2008 hearing on the motion to withdraw is hereby VACATED.

Dated: November 6, 2008

                              MAXINE M. CHESNEY
                              United States District Judge